**James LUTES, Appellant,**

v.

**TREASURER OF MISSOURI as Custodian of the Second Injury Fund, Respondent.**

**No. ED 103488**

Missouri Court of Appeals, Eastern District, ***DIVISION THREE.***

Filed: May 10, 2016

William E. Roussin, Susan K. Roach, 8000 Maryland Ave., Ste. 760 Clayton, MO 63105, for Appellant.

Chris Koster, Attorney General, Adam T. Sandberg, Asst. Atty. Gen., P.O. Box 861, St. Louis, MO 63188, for Respondent.

Before Robert M. Clayton III, P.J., Lawrence E. Mooney, J., and James M. Dowd, J.

## ORDER

PER CURIAM.

James Lutes appeals the decision of the Labor and Industrial Relations Commission ("Commission") denying his claim for permanent partial and/or total disability benefits from the Second Injury Fund. We find no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The decision of the Commission is affirmed under Rule 84.16(b).